IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| PATRICK ARVIND GHOSH, PRO SE, <br> also known as PATRICK GHOSH, <br> TDCJ-CID No. 1210558, <br> Previous TDCJ-CID No. 438014, <br><br> Plaintiff, <br><br> v. <br><br> Warden GREGORY S. DAVID, <br> Capt. TIMOTHY R. WASHINGTON, Unit <br> Grievance Investigator GLEN D. STOUDER, <br> DHO Lieutenant JAYSON L. HENDRIX, <br> DHO Lieutenant VIRGINIA G. GANNAWAY, <br> CO V LARRY J. McINTYRE, and <br> Sgt. OLLIE W. LOWE, <br><br> Defendants. | 2:16-CV-0173 |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE AND DENYING INJUNCTIVE RELIEF

Plaintiff, PATRICK ARVIND GHOSH, acting *pro se*, filed a Motion for Preliminary Injunction and Temporary Restraining Order in the above-referenced and numbered cause.

On February 8, 2017, the Magistrate Judge issued a Report and Recommendation recommending plaintiff's Motion for a Preliminary Injunctive and/or Temporary Restraining Order be DENIED.

On February 23, 2017, plaintiff filed objections to the Report and Recommendation.

The Court has made an independent examination of the records in this case and has examined the Magistrate Judge's Report and Recommendation, as well as the objections submitted by plaintiff.

The Court is of the opinion that plaintiff's other objections are without merit and should be OVERRULED and the Report and Recommendation of the United States Magistrate Judge should be ADOPTED by the United States District Court.

This Court, therefore, does OVERRULE plaintiff's objections, and does hereby ADOPT the Report and Recommendation of the United States Magistrate Judge. The plaintiff's motion for injunctive relief and/or a temporary restraining order is without merit and is DENIED.

This terminates docket entry nos. 10, 14.

It is SO ORDERED.

Signed this the 26th day of May, 2017.

s/ Mary Lou Robinson
MARY LOU ROBINSON
United States District Judge